IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| KATHLEEN M. WIDDICOMBE, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 2:21-cv-00026-BMM |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | ORDER FOR AWARD OF |
| Acting Commissioner of the | ) | ATTORNEY FEES AND COSTS |
| Social Security Administration, | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| Defendant. | ) | |

It is hereby ORDERED that attorney fees in the amount of $6,340.00 and costs in the amount of $400.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: PO Box 3226, Great Falls, MT 59403. If Plaintiff has a debt, then the payment for any

remaining funds after offset of the debt shall be made to Plaintiff and delivered to Plaintiff's attorney's office.

    DATED this 7th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court